Opinion issued February 3, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00060-CR

———————————

IN RE Antonio Varias, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

          Relator, Antonio Varias, has filed a
pro se petition for writ of mandamus, requesting that this Court compel the
trial court to rule on relator’s motion for judgment nunc pro tunc. 

          We deny the petition for writ of mandamus. 

 

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          Relator was convicted of
aggravated sexual assault and sentenced to life imprisonment in the underlying
case, which is State v. Varias, No.
9425363 in the 183rd District Court of Harris County, Texas.  This Court affirmed relator’s
conviction.  See Varias v. State, No. 01-96-01118-CR, 1998 WL 32669, at *3 (Tex.
App.—Houston [1st Dist.] Jan. 29, 1998, no pet.) (not designated for
publication).